IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DANIEL RAMON RAMIREZ,

        Petitioner,                No. CIV S-06-1257 FCD GGH P

    vs.

ROSANNE CAMPBELL, Warden, et al.,

        Respondents.            <u>ORDER</u>

_____/

        Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner has paid the filing fee.

        Since petitioner may be entitled to the requested relief if the claimed violation of constitutional rights is proved, respondents will be directed to file a response to petitioner's application.

        In accordance with the above, IT IS HEREBY ORDERED that:

        1. Respondents are directed to file a response to petitioner's application within thirty days from the date of this order. <u>See</u> Rule 4, Fed. R. Governing § 2254 Cases. An answer shall be accompanied by any and all transcripts or other documents relevant to the determination of the issues presented in the application. <u>See</u> Rule 5, Fed. R. Governing § 2254 Cases;

/////

1

1       2. Petitioner's reply, if any, shall be filed and served within thirty days of service
2  of an answer;
3       3. If the response to petitioner's application is a motion, petitioner's opposition or
4  statement of non-opposition shall be filed and served within thirty days of service of the motion,
5  and respondents' reply, if any, shall be filed within fifteen days thereafter; and
6       4. The Clerk of the Court shall serve a copy of this order together with a copy of
7  petitioner's application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 on Jo Graves,
8  Senior Assistant Attorney General.
9  DATED:  7/11/06

/s/ Gregory G. Hollows

GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

GGH:bb
rami1257.100f

2