1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10   DANIEL RAMON RAMIREZ,

11              Petitioner,              No. CIV S-06-1257 FCD GGH P

12        vs.

13   ROSEANNE CAMPBELL, et al.,

14              Respondents.            ORDER

15   _____/

16        Petitioner, a state prisoner proceeding pro se, has timely filed a notice of appeal of

17   this court's February 21, 2007, denial of his application for a writ of habeas corpus.  Before

18   petitioner can appeal this decision, a certificate of appealability must issue.  28 U.S.C. § 2253(c);

19   Fed. R. App. P. 22(b).

20        A certificate of appealability may issue under 28 U.S.C. § 2253 "only if the

21   applicant has made a substantial showing of the denial of a constitutional right."  28 U.S.C.

22   § 2253(c)(2).  The certificate of appealability must "indicate which specific issue or issues

23   satisfy" the requirement.  28 U.S.C. § 2253(c)(3).

24        A certificate of appealability should be granted for any issue that petitioner can

25   demonstrate is "'debatable among jurists of reason,'" could be resolved differently by a different

26   court, or is "'adequate to deserve encouragement to proceed further.'"  Jennings v. Woodford,

1

1   290 F.3d 1006, 1010 (9th Cir. 2002) (quoting Barefoot v. Estelle, 463 U.S. 880, 893 (1983)).[1]

2           Petitioner has made a substantial showing of the denial of a constitutional right in

3   the following issues presented in the instant petition: Whether this action is barred by the statute

4   of limitations.

5           Accordingly, IT IS HEREBY ORDERED that a certificate of appealability is

6   issued in the present action.

7   DATED: April 26, 2007.

8

9                                       _____

10                                      FRANK C. DAMRELL, JR.
                                        UNITED STATES DISTRICT JUDGE

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25           [1] Except for the requirement that appealable issues be specifically identified, the
    standard for issuance of a certificate of appealability is the same as the standard that applied to
26   issuance of a certificate of probable cause.  Jennings, at 1010.